UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: SUITECENTRIC LLC | CASE NO. 2:26-cv-00111-LK |
| | ORDER DENYING MOTION FOR A STAY |

This matter comes before the Court on Appellant Paul Seibert's Emergency Motion for Stay Pending Appeal. Dkt. No. 7. For the reasons Judge Dore explained in his order, Dkt. No. 7-1 at 1–3, this Court independently concludes that Mr. Seibert's emergency motion lacks merit and accordingly DENIES the motion.

Dated this 23rd day of January, 2026.

_Lauren King_
Lauren King
United States District Judge

ORDER DENYING MOTION FOR A STAY - 1